IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTWAITE, et al., | No. C-06-6227 MEJ |
| Plaintiffs, | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| TDW CONSTRUCTION, et al., | |
| Defendants. | |

    The Court hereby reschedules the case management conference, originally set for March 8, 2007, to April 12, 2007, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 6, 2007

MARIA-ELENA JAMES
United States Magistrate Judge