| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | MURIEL B. KAPLAN (SBN 124607)<br>KRISTEN McCULLOCH (SBN 177558)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>120 Howard Street, Suite 520<br>San Francisco, CA 94105<br>(415) 882-7900<br>(415) 882-9287 – Facsimile<br>mkaplan@sjlawcorp.com<br>kmcculloch@sjlawcorp.com |
| 6 | Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABALIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE,<br><br>      Plaintiffs,<br><br>  vs.<br><br>TDW CONSTRUCTION INC., a California corporation; and EDMUNDO M. ALIRE, individually,<br><br>      Defendants, | Case No.: C 06-06227 MEJ<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL DATE AND RELATED COURT DEADLINES**<br><br>Judge:   HON. MARIA-ELENA JAMES |

- 1 -

1. Whereas, plaintiffs' current counsel substituted into this action in June, 2007. Shortly thereafter, the parties stipulated to extend the dates set in the case to allow plaintiffs counsel to become familiar with the case.

2. Whereas, both Plaintiffs and Defendants previously agreed to enter into a joint stipulation allowing for a filing of a first amended complaint, but before such was completed, <u>significant progress</u> was been made toward resolving the case as a whole and the parties are hopeful that this matter will be resolved prior imminently. Defendants are to supply plaintiffs with additional information by the beginning of next week. With the current dates, the pre-trial documents would have to be prepared before that all the details of resolution can be completed, which will significantly increase the fees on both sides;

3. Whereas, both Plaintiffs and Defendants desire to avoid a dramatic increase in fees and costs;

4. Whereas, both Plaintiffs and Defendants hereby stipulate to continue the Court Ordered trial date, currently set for April 7, 2008 and all related previously set deadlines for a minimum of 90 days (or a minimum of 60 days) (as set forth below).

5. Therefore, Plaintiffs and Defendants jointly request that the Court trial deadlines, including the hearing on motions and pretrial preparation be extended for 90 days to allow this matter to be resolved without incurring trial related expenses.

The dates that are requested to be continued include:

- Joint Pretrial Conference Statement: currently due for February 22, 2008, request to continue until April 29, 2008 or later;
- Motions in Limine / Objections to Evidence, currently set for February 22, 2008, request to continue until April 29, 2008 or later;
- Responses to Motions in Limine, currently set for February 29, 2008 request to continue until May 2, 2008 or later;
- Trial Date: Currently set for April 7, 2008, to request to continue until June 9, 2008

Respectfully submitted,

- 2 -

P:\CLIENTS\OE3CL\TDW Construction\Pleadings\C06-6227 MEJ Stipulation Requesting Continuance 021408.DOC

**STIPULATION FOR CONTINUANCE OF TRIAL DATE AND RELATED COURT DEADLINES**
**Case No.: C 06-06227 MEJ**

| | | |
|---|---|---|
| 1 | Date: February 15, 2008 | SALTZMAN & JOHNSON LAW CORPORATION<br>Muriel Kaplan<br>Kristen McCulloch |
| 2 | | |
| 3 | | By: _____/s/_____ |
| 4 | | Kristen McCulloch,<br>Attorneys for Plaintiffs |
| 5 | | |
| 6 | Date: February 15, 2008 | LAW OFFICES OF WILLIAM D. THOMSON<br>William D. Thomson |
| 7 | | |
| 8 | | By: _____/s/_____ |
| 9 | | William D. Thomson,<br>Attorney for Defendants |

IT IS SO ORDERED.

Date: March 3, 2008    _____
The Honorable Maria-Elena James,
UNITED STATES MAGISTRATE COURT JUDGE

*IT IS SO ORDERED* — Judge Maria-Elena James (seal: United States District Court, Northern District of California)

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 120 Howard Street, Suite 520, San Francisco, California 94105.

On February 15, 2008, I served the foregoing documents on the parties to this action, addressed as follows, in the manner described below:

**STIPULATION FOR CONTINUANCE OF TRIAL DATE
AND RELATED COURT DEADLINES**

XX **MAIL,** being familiar with the practice of this office for the collection and the processing of correspondence for mailing with the United States Postal Service, and deposited in the United States Mail copies of the same to the business addresses set forth below, in a sealed envelope fully prepared.

___ **FACSIMILE** be causing said document to be transmitted by Facsimile machine to the number indicated after the address(es) set forth below.

___ **UPS** for delivery the following business day by placing same for collection by UPS to the business addresses set forth below.

___ **PERSONAL DELIVERY** by placing said document is a sealed envelope and causing it to be personally delivered to the address(es) set forth below.

*Addressed to:*

**William D. Thomson
Attorney for Defendant
1222 Stealth Street
Livermore, CA 94550**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 15th day of February, 2008 at San Francisco, California.

/s/
Vanessa de Fábrega