IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROTHWAITE, et al., | Case No. C-06-6227 MEJ |
| Plaintiffs, | ORDER STAYING PRETRIAL CONFERENCE PENDING COURT'S REVIEW OF PARTIES' STIPULATED SETTLEMENT |
| vs. | |
| TDW CONSTRUCTION, et al. | |
| Defendants. | |

The Court is in receipt of the parties' Stipulation, filed May 15, 2008. Pending the Court's review of this stipulated settlement, the Court hereby STAYS the pretrial conference scheduled for June 5, 2008.

**IT IS SO ORDERED.**

Dated: June 4, 2008

MARIA-ELENA JAMES

1. United States Magistrate Judge
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

**United States District Court**
For the Northern District of California