1  William D. Thomson, #104968
   Attorney at Law
2  1222 Stealth Street
   Livermore, California 94551
3  Tel: (925) 606-6725
   Fax: (925) 447-1078
4
   Attorney for TDW Construction, Inc.
5  and Edmundo M. Alire

6

7

8

9              UNITED STATES DISTRICT COURT
10             NORTHERN DISTRICT OF CALIFORNIA

11

12
   GIL CROSTHWAITE and RUSS BURNS, in          Case No. C-06-6227 MEJ
13 their respective capacities as Trustees of the
   OPERATING ENGINEERS HEALTH AND             STATUS REPORT
14 WELFARE TRUST FUND FOR NORTHERN
   CALIFORNIA; et al.,
15
16              Plaintiffs,
   vs.
17
   TDW CONSTRUCTION, INC., a California
18 corporation; EDMUNDO M. ALIRE, an
19 individual,

20              Defendants.

21

22

23     GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the
24 OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN
25 CALIFORNIA; et al., and TDW CONSTRUCTION, INC. and EDMUNDO M. ALIRE, through
26 counsel, hereby file their joint status report.
27
28
                                                                                     *Page 1*

1. The parties met and conferred on November 22, 2011. The parties have exchanged additional information and it is anticipated that the parties will have reached an agreement by December 12, 2011.

Dated: December 5, 2011                 Saltzman & Johnson Law Corporation


                                        By: /s/ Kristen McCulloch
                                            Kristen McCulloch

Dated: December 5, 2011


                                        By: /s/ William D. Thomson
                                            William D. Thomson

The parties shall file a status report by December 15, 2011.



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA