William D. Thomson, #104968
Attorney at Law
1222 Stealth Street
Livermore, California 94551
Tel: (925) 606-6725
Fax: (925) 447-1078

Attorney for TDW Construction, Inc.
and Edmundo M. Alire

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., | Case No. C-06-6227 MEJ<br><br>**STATUS REPORT** |
| Plaintiffs, | |
| vs. | |
| TDW CONSTRUCTION, INC., a California corporation; EDMUNDO M. ALIRE, an individual, | |
| Defendants. | |

GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; et al., and TDW CONSTRUCTION, INC. and EDMUNDO M. ALIRE, through counsel, hereby file their joint status report.

*Page 1*

1.    The parties met and conferred on November 22, 2011. The parties have exchanged additional information and it is anticipated that the parties will have reached an agreement by December 12, 2011.

Dated: December 5, 2011          Saltzman & Johnson Law Corporation

By: _____
Kristen McCulloch

Dated: December 5, 2011

By: _____
William D. Thomson

The parties shall file a status report by December 15, 2011.



IT IS SO ORDERED
Judge Maria-Elena James