MURIEL B. KAPLAN (SBN 124607)
KRISTEN McCULLOCH (SBN 177558)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287–Facsimile
mkaplan@sjlawcorp.com
kmcculloch@sjlawcorp.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO)

| | |
|---|---|
| GIL CROSTHWAITE and RUSS BURNS, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS ANNUITY TRUST FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, CONTRACT ADMINISTRATION FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; OPERATING ENGINEERS INDUSTRY STABALIZATION TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY COMMITTEE, <br><br>    Plaintiffs, <br><br>    vs. <br><br> TDW CONSTRUCTION INC., a California corporation; and EDMUNDO M. ALIRE, individually, <br><br>    Defendants, | Case No.: C 06-06227 MEJ <br><br> JOINT STIPULATION REQUESTING ENTRY OF JUDGMENT AND ~~PROPOSED~~ ORDER <br><br> Judge:    HON. MARIA-ELENA JAMES |

1. Whereas the parties met and conferred in person on November 22, 2011 with regards to the proper amounts due as ordered by the Court on November 14, 2011. See Court Order at Docket No. 48, page 3, lines 7-8.

2. Whereas the Court further ordered that the parties to file a status report or stipulation by December 5, 2011. See Court Order at Docket No. 48, page 3, lines 8-10.

3. Whereas the parties filed a Status Report on December 5, 2011 stating that they anticipate they will reach agreement by December 12, 2011.

4. IT IS HEREBY JOINTLY STIPULATED by and between the parties hereto, that Judgment may be entered in the within action in favor of the plaintiffs and against defendants TDW CONSTRUCTION INC., a California corporation; EDMUNDO M. ALIRE, individually as follows:

| Description | Amount |
|---|---|
| Amount owed as of date of settlement pursuant to stipulated settlement ¶ 5. | $138,741.40 |
| Additional attorney's fees (5/15/08–4/30/10) incurred pursuant to stipulated settlement ¶ 9.d, | 1,543.00 |
| Less payments made under terms of stipulated settlement | (76,543.02) |
| Amount still owing on stipulated settlement balance pursuant to stipulated settlement ¶ 9.a. | $62,198.38 |
| Unpaid contribution balance owing through December 12, 2011 pursuant to stipulated settlement ¶ 9.a. | 75,088.52 |
| Additional interest at 12% per annum owing through December 12, 2011 pursuant to stipulated settlement ¶ 9.a. | 14,664.47 |
| Liquidated damages at 15% on unpaid contribution balance owing through December 12, 2011 pursuant to stipulated settlement ¶ 9.a. | 71,307.90 |
| Attorney's fees incurred and owing through December 12, 2011 pursuant to stipulated settlement ¶ 9.d | 9,320.50 |
| Costs pursuant to stipulated settlement through December 12, 2011 ¶ 9.d | $138.06 |
| TOTAL: | $232,717.83 |

Executed this 12th day of December 2011.

/S/                                                        /S/
Kristen McCulloch,                              William D. Thomson,
Attorney for Plaintiffs                          Attorney for Defendants

1  IT IS SO ORDERED.

2      Judgment is hereby entered against TDW CONSTRUCTION INC., a California

3  corporation; and EDMUNDO M. ALIRE, individually, in the amount of $232,554.52 including

4  interest through December 12, 2011 and continuing thereafter at the interest rate of 12% per

5  annum through the date of satisfaction of Judgment.

6  Date:  December 19, 2011 , 2011    _____

7                                          The Honorable Maria-Elena James,
                                           UNITED STATES DISTRICT COURT JUDGE